UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUSTIN DAVIDSON,

    Plaintiff,

v.   Case No: 2:18-cv-72-FtM-29CM

CAPITAL PAWN II OF FLORIDA LLC, a Florida limited liability company,

    Defendant.

## ORDER

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. #14) filed on May 10, 2018. Plaintiff seeks to voluntarily dismiss the case after having resolved the case without compromise and with attorneys' fees being negotiated separately. As there was no compromise, no review of the settlement is necessary. Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982). Defendant has not filed an answer or motion for summary judgment.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the case is dismissed with prejudice. The Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case.

**DONE and ORDERED** at Fort Myers, Florida, this __11th__ day of May, 2018.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record